**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE PEARL SAUL,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:13-CV-01670-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By a motion filed October 15, 2013, Plaintiff Annette Pearl Saul seeks to proceed *in forma pauperis*. Plaintiff submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and the summons. Plaintiff's attorney is directed to serve Defendant.

IT IS SO ORDERED.

   Dated:   **October 23, 2013**              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE

1