BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ANNETTE PEARL SAUL,<br><br>    Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:13-CV-01670-SMS<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 45 days, to September 15, 2014, for Defendant to file either a Stipulation to Remand, or her Opposition to Plaintiff's Opening Brief, according to the Court's Scheduling Order ("Order"). This is Defendant's first request for an extension.  This extension is requested because the parties are engaged in extended active settlement negotiations.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Date: *July 25, 2014* |   | Law Offices of Lawrence D. Rohlfing |
|   | By: | /s/ Denise Bourgeois Haley* |
|   |   | DENISE BOURGEOIS HALEY |
|   |   | *By email authorization |
|   |   | Attorney for Plaintiff |
| Date: *July 25, 2014* |   | BENJAMIN B. WAGNER |
|   |   | United States Attorney |
|   |   | DONNA L. CALVERT |
|   |   | Regional Chief Counsel, Region IX, |
|   |   | Social Security Administration |
|   | By: | */s/ Paul Sachelari* |
|   |   | PAUL SACHELARI |
|   |   | Special Assistant United States Attorney |
|   |   | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED: 7/28/2014                    /s/ SANDRA M. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE

Stip.Extend, 1:13-cv-01670-SMS                    -2-