BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, CA  94105
        Telephone: 415-977-8933
        Facsimile: 415-744-0134
        Email: paul.sachelari@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ANNETTE PEARL SAUL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil No. 1:13-CV-01670-SMS <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER THEREON** |

     THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

     Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to further evaluate Plaintiff's residual functional capacity.  If the ALJ finds Plaintiff unable to perform any of her past relevant jobs, the ALJ will obtain vocational expert testimony regarding whether there is other work that Plaintiff could perform.  Finally, the ALJ will take any other actions he or she deems necessary to make a decision.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Date: <u>September 3, 2014</u>    Law Offices of Lawrence D. Rohlfing

By: <u>/s/ Denise Bourgeois Haley*</u>
DENISE BOURGEOIS HALEY
* by email authorization

Attorney for Plaintiff

Date: <u>September 3, 2014</u>    BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

BY: <u>/s/ Paul Sachelari</u>
PAUL SACHELARI
Special Assistant United States Attorney

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: <u>9/3/2014</u>    <u>/s/ SANDRA M. SNYDER</u>
UNITED STATES MAGISTRATE JUDGE

Remand Stip.; 1:13-cv-01670-SMS        2